UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT BUENO,<br>    Plaintiff,<br>v.<br>NAPA STATE HOSPITAL,<br>    Defendant. | Case No. 22-cv-05309-TLT<br><br>**ORDER OF DISMISSAL** |

Plaintiff filed this *pro se* complaint pursuant to 42 U.S.C. § 1983 on September 19, 2022. ECF No. 1. He filed a motion for leave to proceed *in forma pauperis* the same day. ECF No. 2. On November 16, 2022, the Court ordered plaintiff to "by December 13, 2022, either (1) file a completed Prisoner's Application and Declaration to Proceed IFP, a blank copy of which is included with this Order, along with a Certificate of Funds completed and signed by an official at Napa State Hospital and a copy of his prisoner trust account statement, or (2) file a notice informing the Court that he is not a "prisoner" within the meaning of 28 U.S. Code § 1915(h) and has not been accused of, convicted of, or sentenced for a crime, if that is the case." ECF No. 10. The deadline has passed, and plaintiff has neither filed the prisoner IFP application, nor informed the Court that he is not a "prisoner," nor paid the filing fee. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must be accompanied by either payment of the filing fee or an *in forma pauperis* application on the proper form with the required supporting documents. The Clerk shall terminate any pending motions, enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

1 | Dated: January 5, 2023

_____
TRINA L. THOMPSON
United States District Judge